UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

      v.                          Case No. 2:13-cr-215

Herbert E. Myles

### ORDER AND JUDGMENT REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

The above defendant, having been sentenced in this court on December 11, 2013, for a violation of Title 18, United States Code, Section 751, at which time the defendant was sentenced to a term of seven months incarceration, to be followed by a three-year term of supervised release; after which the term of supervised release was revoked on December 5, 2016, and a term of eleven months incarceration was imposed, to be followed by a new two-year term of supervised release; and a petition for the revocation of the supervised release of the defendant having been filed on June 22, 2018, to require defendant to show cause why said supervised release should not be revoked:

NOW, the defendant being present in court on September 21, 2018, with counsel, at the hearing on this matter and showing no cause why the supervised release previously imposed herein should not be revoked, and the court being fully advised in the premises, finds that the defendant has violated the conditions of supervised release by failing to report to the probation officer and by leaving the district without permission.

IT IS THEREFORE ORDERED AND ADJUDGED that the order placing the defendant on supervised release is hereby revoked and the defendant is sentenced to a term of incarceration of eight months. The court recommends that the defendant be assigned to a facility close to Manchester, Kentucky.

IT IS FURTHER ORDERED that no new term of supervised release is imposed, and defendant is hereby terminated from supervised release.

IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.

Date: September 24, 2018          s/James L. Graham
                                 James L. Graham
                                 United States District Judge